UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD W. CRABB JR.,<br><br>　　　　Defendant. | 2:20-cr-00141-KJN<br><br>ORDER TO DISMISS AND VACATE STATUS CONFERENCE<br><br>DATE:　September 24, 2020<br>TIME:　9:00 a.m.<br>JUDGE: Honorable Kendall J. Newman |

　　It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:20-cr-00141-KJN with prejudice is GRANTED.

　　It is further ordered that the status conference scheduled on September 24, 2020, is vacated.

IT IS SO ORDERED.

Dated:  August 27, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE